```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
_____
                              :
BYRON KEMP,                   :
                              :   No. 19-cv-7257 (NLH)
             Petitioner,      :
                              :
        v.                    :   MEMORANDUM OPINION
                              :
                              :
WARDEN LEITH, et al.,         :
                              :
             Respondents.     :
_____:
```

IT APPEARING THAT:

1. Petitioner Byron Kemp filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1.

2. On October 28, 2019, the Court's October 15, 2019 Order that been mailed to Petitioner's address of record at the Burlington County Jail in Mount Holly, New Jersey was returned as undeliverable. ECF No. 6.

3. The Notice mailed to Petitioner's address of record has been returned to sender with the envelope marked "Return to Sender, Not Deliverable as Addressed, Unable To Forward." Id. Petitioner's addressed was crossed out with a handwritten note stating, "Return to Sender." Id.

4. Petitioner has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented

1

parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

    5.  Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case.

    6.  Petitioner may reopen this matter by submitting his new contact information to the Court.

    7.  The Clerk shall be directed to reopen this matter upon receipt of Petitioner's new address.

    8.  An appropriate order follows.

Dated:  July 8, 2020          s/ Noel L. Hillman
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.